| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| The Estate of Barbera Jackson Robertson,  Plaintiff, | §§§§ | |
| v. | § | Civil Action H-21-4085 |
| Deutsche Bank National Trust Co.,  Defendant. | §§§§ | |

## Order of Adoption

On July 26, 2022, Magistrate Judge Peter Bray recommended that the court grant Defendant's motion for default judgment against the Estate and that the Estate's claims against Deutsche Bank be dismissed with prejudice for want of prosecution. (29). No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. A separate final judgment will be entered.

Signed at Houston, Texas, on August 31, 2022.

Lynn N. Hughes
United States District Judge